IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :
                               :
              vs.              :          CRIMINAL NO. 09-565
                               :
TERRENCE JAMES                 :
                               :

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 8th day of April, 2010, came the attorney for the Government and the defendant being present with counsel, and

[ ]   The Court having granted the defendant's motion for judgment of acquittal as to:
[ ]   A jury has been waived, and the Court has found the defendant not guilty as to:

[X]   The jury has returned its verdict, finding the defendant not guilty as to: <u>Count 1</u>

      18:922(g)(1) Possession of a Firearm by a Convicted Felon

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k), Federal Rules of Criminal Procedure.

BY THE COURT:

/S/LEGROME D. DAVIS
Legrome D, Davis, J.

cc:   U.S. Marshal
      Probation Office
      Counsel

<u>4/8/10</u>      <u>DMC</u>
 Date        By Whom